UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

TAYLOR HANEY,

Plaintiff,

vs.

SERVICE FINANCE COMPANY, LLC; STANDARD ECO LLC; and DOES 1 through 20, inclusive,

Defendants.

**Case No.: 5:25−cv−01338−KK-SSC**

**ORDER REGARDING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(2)**

Assigned to Hon. Kenly Kiya Kato

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (the "Stipulation") filed by Plaintiff Taylor Haney ("Plaintiff") and Defendant Service Finance Company, LLC ("SFC") (collectively, the "Parties"):

The Parties' Stipulation requesting dismissal of this action with prejudice as to SFC and without prejudice as to Standard Eco LLC shall be and hereby is GRANTED. Each Party to bear its own attorneys' fees and costs except as otherwise agreed. Notwithstanding the dismissal of this action, this Court will retain jurisdiction over this action for the limited purpose of enforcing the terms and conditions of the Settlement Agreement between SFC and Plaintiff.

**IT IS SO ORDERED.**

Dated: August 24, 2026

By: ______________________

HON. KENLY KIYA KATO